# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| David Joseph Hodson, | Case No. 22-cv-1862 (KMM/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| The United States of America, | |
| Defendant. | |

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge Elizabeth Cowan Wright, dated August 15, 2022. The R&R recommends dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on a careful review of the R&R and the record in this case, this Court finds that the Magistrate Judge committed no error, clear or otherwise.

Accordingly, **IT IS HEREBY ORDERED** that the R&R [ECF No. 4] is **ACCEPTED** and this action is **DISMISSED without prejudice** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**Let Judgment Be Entered Accordingly.**

Date: September 19, 2022                              s/ *Katherine M. Menendez*
                                                                          Katherine M. Menendez
                                                                          United States District Judge